UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONGJAE KIM,

                Plaintiff,

against                                     CIVIL ACTION NO.: 18 Civ. 2500 (SLC)

JOSHUA ERIC STEWART, et al.,              **ORDER**

                Defendants.

**SARAH L. CAVE, United States Magistrate Judge:**

The parties' joint request for a three-week extension of the pretrial filing deadlines (ECF No. 57) is GRANTED. The parties shall file the Joint Pretrial Order and other filing pretrial filings in accordance with § IV of the Court's Individual Practices in Civil Cases by **May 14, 2021**.

The Court will submit a request to the Jury Administrators that this case be placed on the trial calendar for the third quarter of 2021, i.e., July, August, or September, and the Court will advise the parties once trial dates are made available. In the meantime, and if the parties prefer, they may jointly waive the right to a jury and proceed with a bench trial, which would occur sooner. The Court's invitation to the parties to consider a bench trial is not meant to deprive the parties of their right to a jury nor to indicate the Court's preference.

The final pretrial conference currently scheduled for Thursday, May 13, 2021 is rescheduled to **Tuesday, June 8, 2021 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of the Court is respectfully directed to close ECF No. 57.

Dated:     New York, New York                 SO ORDERED
            April 19, 2021

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**