UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONGJAE KIM,

                Plaintiff,

against

CIVIL ACTION NO.: 18 Civ. 2500 (SLC)

**ORDER**

JOSHUA ERIC STEWART and CHP TRANS INC.,

                Defendants.

**SARAH L. CAVE, United States Magistrate Judge:**

The parties' request to adjourn the August 2, 2021 trial date (ECF No. 65) is GRANTED. Pursuant to the Protocol for Scheduling Cases for Trial currently in effect, the Court will submit a request to the Jury Administrator that this case be placed on the trial calendar for the fourth quarter of 2021, i.e., October, November, or December (the "Fourth Quarter"). **By June 23, 2021**, the parties shall advise the Court by joint letter of any dates in the Fourth Quarter during which either party is unavailable for trial. The Court will then advise the parties once the trial date has been set. THE PARTIES SHOULD NOT EXPECT A FURTHER ADJOURNMENT OF THE TRIAL DATE.

The parties are reminded that, if they prefer, they may jointly waive the right to a jury and proceed with a bench trial, which would occur before the Fourth Quarter. The Court's invitation to the parties to consider a bench trial is not meant to deprive the parties of their right to a jury nor to indicate the Court's preference.

Pursuant to the pretrial conference held yesterday, June 8, 2021, the Court orders as follows:

1. **By September 1, 2021**, the parties shall jointly file proposed (a) voir dire questions, (b) jury instructions, and (c) verdict sheets.  To the extent a party objects to another party's proposed voir dire questions, jury instructions, or verdict sheet, the joint submission should include the objecting party's (1) grounds for objection, and (2) proposed alternative.  **All proposed jury instructions, objections, and alternatives must include citations to controlling authority**.  Electronic copies of this joint submission should be submitted to the Court; counsel should contact Chambers for instructions on how to submit these materials.

2. A pretrial conference is scheduled for **Tuesday, September 21, 2021 at 10:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

If they feel it would be useful, the parties may request a settlement conference.

Dated:    New York, New York
          June 9, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**