UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONGJAE KIM,

                    Plaintiff,

          -v-                                              CIVIL ACTION NO.: 18 Civ. 2500 (SLC)

JOSHUA ERIC STEWART and CHP TRANS INC.,                    **ORDER OF DISMISSAL**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

          The Court having been advised (ECF minute entry Sept. 16, 2021) that all claims asserted

herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed

and discontinued without costs, and without prejudice to the right to reopen the action within

thirty days of the date of this Order if the settlement is not consummated.

          To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any

application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties

wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement,

they **must** submit the settlement agreement to the Court within the same thirty-day period to

be "so ordered" by the Court.

          Any pending motions are moot.  All conferences, including the pretrial conference

scheduled for September 21, 2021, are cancelled.  The Clerk of Court is directed to close the case.

Dated:        New York, New York
              September 20, 2021

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**